CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 15 2010

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) Case No. 7:05CR00028-016<br>) (Case No. 7:10CV8-216)<br>) |
| v. | )<br>) **FINAL JUDGMENT AND ORDER**<br>) |
| GREGORY ALLEN GOINS, | ) By: Glen E. Conrad<br>) United States District Judge |
| Defendant. | ) |

For the reasons stated in the memorandum opinion entered this day, it is

**ADJUDGED AND ORDERED**

that the defendant's motion (Dkt. No. 750), construed and filed as a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED** without prejudice and the § 2255 action is hereby stricken from the active docket of the court. It is further **ORDERED** that for lack of cause shown, the defendant's motion for modification of supervised release conditions is **DENIED,** pursuant to 18 U.S.C. § 3583(e). Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability regarding dismissal of the § 2255 motion is **DENIED**.

ENTER: This 15th day of January, 2010.

_/s/ Glen E. Conrad_
United States District Judge